FILED
JUL 0 7 2011
CLERK, US DISTRICT COURT
RAPID CITY, S. DAK.

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 11-50048-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | INSTRUCTION ORDER |
| vs. | ) | |
| | ) | |
| JOSEPH FOOL HEAD, | ) | |
| | ) | |
| Defendant. | ) | |

The court refuses plaintiff's and defendant's proposed jury instructions except as to those instructions included in whole or in part in the court's instructions.

Dated July 7th, 2011.

BY THE COURT:

_____
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE